# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Blankinship,<br><br>    Plaintiff,<br><br>v.<br><br>Union Pacific Railroad Company,<br><br>    Defendant. | **NO. CV-21-00072-TUC-RM**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed September 6, 2022, judgment is entered in favor of defendant. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

Debra D. Lucas
District Court Executive/Clerk of Court

September 6, 2022

By   s/ B. Cortez
     Deputy Clerk