# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Arizona

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 4:21-cv-00072-RM

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: February 10, 2021

Date of judgment or order you are appealing: September 6, 2022

Docket entry number of judgment or order you are appealing: DKT 78, 79, 91

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
◉ Yes    ○ No    ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

James Blankinship

Is this a cross-appeal?  ○ Yes  ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature**          **Date**

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1          Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
> James Blankinship

Name(s) of counsel (if any):
> James H. Kaster and Lucas J. Kaster

Address: 80 S. 8th Street, Suite 4700, Minneapolis, MN  55402
Telephone number(s): 612-256-3200
Email(s): kaster@nka.com, lkaster@nka.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
> Union Pacific Railroad Company

Name(s) of counsel (if any):
> Scott P. Moore and Mark J. Goldsmith

Address: 1700 Farnam Street, Suite 1500, Omaha, NE  68102
Telephone number(s): 402-344-0500
Email(s): spmoore@bairdholm.com, mgoldsmith@bairdholm.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
James Blankinship

Name(s) of counsel (if any):
Anthony S. Petru and Gavin Barney

Address: 350 Frank H. Ogawa Plaza, 4th Floor, Oakland, CA  94612
Telephone number(s): 510-451-6732
Email(s): petru@hmnlaw.com, barney@hmnlaw.com
Is counsel registered for Electronic Filing in the 9th Circuit?  ◯ Yes  ⦿ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:
Telephone number(s):
Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                              2                                   *New 12/01/2018*