UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 4:21-cv-00072-RM

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 02/10/2022

Date of judgment or order you are appealing: 12/20/2024

Docket entry number of judgment or order you are appealing: DKT 100, 101

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
◉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

James Blankinship

Is this a cross-appeal?  ○ Yes   ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ◉ Yes   ○ No

If yes, what is the prior appeal case number? 22-16849

Your mailing address (if pro se):

City:     State:     Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** [signature]     **Date** Jan 17, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                   Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

James Blankinship

Name(s) of counsel (if any):

Gavin S. Barney
Anthony S. Petru

Address: 5335 College Avenue, Suite 5A

Telephone number(s): 510-451-6732

Email(s): barney@hmnlaw.com; petru@hmnlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ● Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Union Pacific Railroad Company

Name(s) of counsel (if any):

Scott P. Moore
Mark J. Goldsmith

Address: 1700 Farnam Street, Suite 1500, Omaha, NE 68102

Telephone number(s): 402-344-0500

Email(s): spmoore@bairdholm.com, mgoldsmith@bairdholm.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                  1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

James Blankinship

Name(s) of counsel (if any):

James H. Kaster
Lucas J. Kaster

Address: 80 S. 8th Street, Suite 4700, Minneapolis, MN 55402

Telephone number(s): 612-256-3200

Email(s): kaster@nka.com; lkaster@nka.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**　　　　　　　　　　2　　　　　　　　　　*New 12/01/2018*